**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| KARINA HERNANDEZ, individually and on behalf of other individuals similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERIMEX COMMUNICATIONS CORP., a Georgia corporation, d.b.a. SAFETYNET WIRELESS, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:19-cv-01689-LJO-JLT<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>(Doc. 5) |

**~~PROPOSED~~ ORDER**

The Court, having reviewed the Stipulation to Extend Time to Respond to Complaint, hereby orders that Defendant Amerimex Communications Corp.'s response to the Complaint shall be filed by January 16, 2020.

IT IS SO ORDERED.

Dated: __December 10, 2019__          /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE