# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARINA HERNANDEZ, individually and on behalf of other individuals similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERIMEX COMMUNCATIONS CORP., et al.,<br><br>Defendants. | **ORDER REASSIGNING THE ACTION**<br><br>Former Case No.: 1:19-cv-1689- NONE - JLT<br><br>**New Case No.: 1:19-cv-1689-JLT** |

All parties have indicated their consent to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1). (Doc. 14 at 1; Doc. 15 at 1)

Accordingly, this Court **REASSIGNS** the action to United States Magistrate Judge Jennifer L. Thurston for all further proceedings. All further papers filed in this action shall bear the new case number: **1:19-cv-1689-JLT**.

IT IS SO ORDERED.

Dated: __March 17, 2020__  _____
UNITED STATES DISTRICT JUDGE

1