**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARINA HERNANDEZ, individually and on behalf of other individuals similarly situated,<br><br>Plaintiff,<br>vs.<br><br>AMERIMEX COMMUNICATIONS CORP. a Georgia corporation, d.b.a. SAFETYNET WIRELESS, and DOES 1-100, inclusive<br><br>Defendants. | Case No. 1:19-cv-01689-JLT<br><br>**[PROPOSED] ORDER REGARDING NOTICE OF VOLUNTARY DISMISSAL (Doc. 21)** |

The Court, having considered Plaintiff Karina Hernandez's Notice of Voluntary Dismissal, hereby dismisses the instant action with prejudice.

IT IS SO ORDERED.

Dated:   **August 26, 2020**          **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE